UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, CONSERVATION NORTHWEST, IDAHO CONSERVATION LEAGUE, SELKIRK CONSERVATION ALLIANCE, and THE LANDS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KELLY, U.S. Fish and Wildlife Service Idaho State Supervisor, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:13-CV-00427-EJL-CWD<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises; IT IS ORDERED, ADJUDGED AND DECREED that this entire action is closed.

DATED: **March 23, 2015**

Honorable Edward J. Lodge
U. S. District Judge